# UNITED STATES DISTRICT COURT
for the
District of Minnesota

United States of America,

*Plaintiff,*

v.                Case No. 0:18−cr−00035−JRT−TNL(Dft 1)

Matthew Scott White,

*Defendant.*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Matthew Scott White ,

who is accused of an offense or violation based on the following document filed with the court:   ( ) Order of Court
( ) Indictment   ( ) Superseding Indictment   ( ) Information   ( ) Superseding Information   ( ) Complaint
( ) Probation Violation Petition   ( X ) Supervised Release Violation Petition   ( ) Pretrial Violation Petition

This offense is briefly described as follows:
Violation of Supervised Release

Date:   June 25, 2020

*Katie R. Thompson, Deputy Clerk*

City and state:   Minneapolis, MN

*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ .

Date: _____

*Arresting officer's signature*

*Printed name and title*

*This second page contains personal identifiers provided for law−enforcement use only
and therefore should not be filed in court with the executed warrant unless under seal.*

*(Not for Public Disclosure)*

Name of defendant/offender:   Matthew Scott White

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may stll have ties: _____

_____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____   Weight: _____

Sex: _____   Race: _____

Hair: _____   Eyes: _____

Scar, tattoos, other distinguishing marks: _____

_____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address: _____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____